**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OMAR HUMBERTO RIVERA, ) | No. SACV 09-0312-DMG (CW) |
| ) | |
|        Petitioner, ) | ORDER ACCEPTING REPORT AND |
| ) | RECOMMENDATION OF UNITED STATES |
|        v. ) | MAGISTRATE JUDGE |
| ) | |
| LARRY SMALL (Warden), ) | |
| ) | |
|        Respondent. ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. The court has engaged in a de novo review of those portions of the Report and Recommendation to which objection has been made. The court accepts the findings and recommendation of the Magistrate Judge. **IT IS THEREFORE ORDERED** that judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: December 28, 2012

_____
DOLLY M. GEE
United States District Judge