**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OMAR HUMBERTO RIVERA,   ) | No. SACV 09-0312-DMG (CW) |
| Petitioner,   ) | JUDGMENT |
| v.   ) | |
| LARRY SMALL (Warden),   ) | |
| Respondent.   ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: December 28, 2012

*/s/ Dolly M. Gee*

DOLLY M. GEE
United States District Judge